NEW DORP COAL CORPORATION, Respondent, v. IRVING FRANKEL and Others, Defendants; ISAAC BALSAM and MORRIS SHAPIRO, Appellants.— On appeal by certain defendants in an action on a guaranty from an order striking out the three defenses pleaded in their amended answer, order affirmed, without costs. In affirming orders denying motions by the present appellants to dismiss the complaint as insufficient (252 App. Div. 760), this court so interpreted the contract and the guaranty thereof, on which the action is based, as to make it the law of the case that the present first defense of performance by the contractor is insufficient in law. The second defense, that the contract and the guaranty thereof were not assignable, has been abandoned on this appeal. The third defense, namely, that a certain award in an arbitration proceeding between the contractor (plaintiff's assignor) and the other party to the contract is *res judicata* as to performance of the guaranteed contract, is insufficient in law. The facts alleged in the third defense in respect of the arbitration proceedings do not show an identity of issues between that proceeding and this action. Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COLLORA, True Name JOHN COLLARA, Appellant.— Judgment of the County Court of Kings county convicting the defendant of rape in the first degree, and order denying motion to set aside the verdict, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FASULO, Appellant.— Judgment of the County Court of Kings county convicting the defendant of rape in the first degree, and order denying motion to set aside the verdict, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NOVIO SANTORO, Appellant.— Judgment of the County Court of Westchester county, convicting the defendant of murder in the first degree and sentencing him to prison for the term of his natural life, and orders, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

ARNO REUTHE and ELEANOR ANNA REUTHE, an Infant, by ARNO REUTHE, Her Guardian ad Litem, Appellants, v. PANAMA COURT, INC., and BOND & MORTGAGE GUARANTEE CORP., Respondents.— Action to recover damages for personal injuries sustained by an infant, and action to recover expenses and for loss of services. Judgment dismissing the complaint at the close of plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MYRTLE ROBERTS and CHARLES J. ROBERTS, Respondents, v. A. T. STEWART REALTY COMPANY and JOHN WANAMAKER, NEW YORK, Appellants.— Action for damages for personal injuries and for expenses and loss of services. Order granting plaintiffs' motion for an examination of the defendants before trial and for inspection affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.